**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

—------------------------------------------------------------------

| | |
|---|---|
| IN RE: BENJAMIN O RINGEL | Case No. 8-24-71468-las |
|     Debtor | Chapter 7 |

—------------------------------------------------------------------

| | |
|---|---|
| ALLAN B. MENDENSOHN | Adv. Proc. No. 8-26-08017-las |
| as Trustee of the Estate of Benjamin O. Ringel | |
|     *Plaintiff* | |

v.

JACOB WEISS and ODELIA WEISS
    *Defendants*

—------------------------------------------------------------------

### JOINT MOTION BY DEFENDANT'S JACOB AND ODELIA WEISS
### FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Jacob Weiss and Odelia Weiss (the "Defendants"), jointly file this motion for a 30 day extension of time to respond to the complaint that was filed against us on February 5, 2026, by Allan B Mendelsohn the trustee of the Estate of Benjamin O. Ringel, pursuant to Fed. R. Bankr. P. 9006(b)(1)(A), and Local Rule 7012-1, and in support thereof state the following.

1.    On February 5, 2026, Allan B Mendelsohn the trustee of the Estate of Benjamin O. Ringel, filed a three count complaint against the Defendants related to an eviction of a condominium unit that I have been renting from Klara Ringel, the mother of the Debtor, for the last 13 years.

2.    Presently, the due date to respond to the complaint is March 9, 2026.

3.    At the same time, there is pending an identical action against Defendants in Florida Circuit Court. (the "Florida Action").

4.    The Florida action was filed on October 29, 2025, more than 3 months prior to Mr. Mendelsohn's initiation of the present action.

5. Defendants object to this action being litigated in the Bankruptcy Court in New York, as this Court lacks both proper jurisdiction and venue over this matter.

6. Defendants need additional time to respond, and/or retain counsel, and ensure that counsel is properly admitted to practice in this Court, and prepare an adequate response, without waiving any of our rights in this case and in the Florida Action.

7. Prior to filing this motion, Defendants reached out to Fred Kantrow, counsel for Mr. Mendelsohn to confer about his position on this motion, and Mr. Kantrow advised that he does not object to our 30 day extension, but only on the condition that Defendants waive our right to challenge service and jurisdiction of this court. Defendants are filing this motion because Defendants cannot agree to these conditions.

WHEREFORE, Defendants respectfully ask this Court to grant a 30 day extension to respond to the Complaint, up to and including, April 8, 2026.

Respectfully Submitted on March 5, 2026

/s/ Jacob Weiss
/s/ Odelia Weiss
9559 Collins Ave, Unit 402
Surfside, FL 33154
Phone: 347-943-4000
Email: oshlomay@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March 2026, a true and correct copy was emailed to Fred S. Kantrow at fkantrow@thekantrowlawgroup.com

/s/ Jacob Weiss