## *The Kantrow Law Group*
A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

--------------------------

HAILEY L. KANTROW

JAMES M. MATIAS, JD*
(Admission Pending)

April 8, 2026

VIA ECF ONLY
Hon. Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:    In re Ringel, Chapter 7, Case No. 24-71468-las
       Mendelsohn as Trustee of the Estate of Ringel v. Jacob Weiss and Odelia Weiss,
       Adv. Pro. No. 26-8017-las

Dear Judge Scarcella:

Please be advised that the pretrial conference in the above-mentioned adversary proceeding has been adjourned on consent of all parties, from April 14, 2026, at 10:00 AM, to May 19, 2026, at 10:00 AM. Thank you.

Very truly yours,

s/Hailey L. Kantrow
Hailey L. Kantrow

cc: Shlomo Hect, Esq.