**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

—————————————————————————————

IN RE: BENJAMIN O RINGEL                    Case No. 8-24-71468-las

      Debtor                    Chapter 7

—————————————————————————————

ALLAN B. MENDELSOHN                    Adv. Pro. No. 8-26-08017-las
as Trustee of the Estate of Benjamin O. Ringel
      *Plaintiff*

v.

JACOB WEISS and ODELIA WEISS
      *Defendants*

—————————————————————————————

**JOINT MOTION BY DEFENDANT'S JACOB AND ODELIA WEISS**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

COME NOW, Defendants Jacob Weiss and Odelia Weiss (the "Defendants"), through

undersigned counsel, and file this motion for a 30 day extension of time to respond to the

complaint that was filed on February 5, 2026, by Allan B Mendelsohn the trustee of the Estate of

Benjamin O. Ringel, pursuant to Fed. R. Bankr. P. 9006(b)(1)(A), and Local Rule 7012-1, and in

support thereof state the following.

1.      On February 5, 2026, Allan B Mendelsohn the trustee of the Estate of Benjamin

O. Ringel, filed a three count complaint against the Defendants related to an eviction of a

condominium unit.

2.      Undersigned counsel applied to be admitted to this Court, and the final approval

was issued today.

3.      Counsel needs additional time to familiarize himself with this action in order to

prepare an adequate response to the complaint.

4.      Prior to filing this motion, I reached out to counsel for Plaintiff, Mr. Fred S. Kantrow, to confer about the relief requested in this motion, and whether he would agree to file a stipulation to that effect.  I was advised that he will only stipulate to a 30 day extension on the condition that we agree to include in such a stipulation an express waiver of a defense for service of process, otherwise, he would oppose the filing of such a stipulation.

WHEREFORE, Defendants respectfully ask this Court to grant a 30 day extension to respond to the Complaint, up to and including, May 6, 2026.

Respectfully Submitted on April 8, 2026

By: /s/ Shlomo Y. Hecht
NY Bar No. 6146435
Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025
Email: sam@hechtlawpa.com
*Attorney for Defendants Jacob Weiss and Odelia Weiss*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served this document upon all counsel of record.

/s/ Shlomo Y. Hecht
Shlomo Y. Hecht